U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. Atlanta

SEP 10 2024

By: Kevin P. Weimer, Clerk
Deputy Clerk


# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Song Wu

**Agent to Arrest**

Indictment/Information

**1  24-CR-295**

UNDER SEAL

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Samir Kaushal
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of September, 2024.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94


ISSUED AND DELIVERED
TO U.S. MARSHALL
9/11/24
DEPUTY CLERK